THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Ben K. Massey,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.   2003-UP-191
Submitted January 10, 2003 - Filed March 
 12, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Tara S. Taggart, of Columbia;; for Appellant.
Attorney General Henry Dargan McMaster,Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, of Columbia; Solicitor Thomas E. Pope, of York; for Respondent.
 
 
 

PER CURIAM:  Ben K. Massey appeals from 
 his conviction for trafficking crack, arguing that the trial judge failed to 
 grant a directed verdict because there was no evidence that he knowingly possessed 
 the drugs.  Masseys counsel attached to the brief a petition to be relieved 
 as counsel, stating she had reviewed the record and concluded Masseys appeal 
 lacks merit.  After a thorough review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Masseys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.